PERCY MEJIA *v.* COMMISSIONER OF CORRECTION

The petitioner Percy Mejia's petition for certification for appeal from the Appellate Court, 112 Conn. App. 137 (AC 29234), is denied.

*Sarah F. Summons*, special public defender, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided April 8, 2009

DOUBLE C CONSTRUCTION COMPANY, LLC *v.* ADVANCED HOME BUILDERS, LLC, ET AL.

The petition by the defendants Advanced Home Builders, LLC, Creative Building Corporation, Robert Chiulli and Laura Chiulli for certification for appeal from the Appellate Court (AC 30409) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendants' appeal for lack of a final judgment?"

The Supreme Court docket number is SC 18337.

*William F. Gallagher*, in support of the petition.

Decided April 8, 2009